**Carroll Lee MOORE, Plaintiff—Appellant,**

v.

**Helen F. FAHEY, parole board member; David Harker, parole board member; Carol Ann Sievers, parole board member, Defendants—Appellees.**

Nos. 04–7263, 04–7329.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 15, 2004.

Decided: Jan. 10, 2005.

Carroll Lee Moore, Appellant pro se.

Richard Carson Vorhis, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellees.

Before GREGORY and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In these consolidated appeals, Carroll Lee Moore appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2000) complaint and denying his motion for reconsideration under Fed.R.Civ.P. 59(e). We have reviewed the record and find no reversible error. Accordingly, we affirm both orders on the reasoning of the district court. *See Moore v. Fahey,* No. CA–03–562 (E.D. Va. July 9 and July 30, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*